## THIRD DISTRICT.

---

The People of the State of Illinois, defendant in error, v. Lynn Beckham, plaintiff in error. Gen. No. 8,012.

Conviction and sentence for violation of Prohibition Act. Error to the Circuit Court of Champaign county; the Hon. Franklin H.

Boggs, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 28, 1927.

Lynn S. Corbly and Lott R. Herrick, for plaintiff in error. Roy R. Cline, State's Attorney, and G. C. Hodson, Assistant State's Attorney, for defendant in error.

Mr. Presiding Justice Crow delivered the opinion of the court.